THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:17-cr-00101-MR

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>TRAVIS LAMONT BOYD, )<br>)<br>Defendant. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court upon the Defendant's Motion to Modify Term of Supervised Release [Doc. 29].

The Defendant was sentenced by this Court on February 15, 2018, to a term of twelve months' imprisonment to be followed by three years of supervised release. [Doc. 25]. The Defendant, through counsel, now moves for the early termination of his term of supervised release. [Doc. 29].

The Court transferred jurisdiction of this matter to the United States District Court for the District Court of South Carolina on February 12, 2019. [Doc. 28]. That court accepted jurisdiction over the Defendant on February 27, 2019. [Id.]. When jurisdiction is transferred, the court to which the transfer of jurisdiction is made "is authorized to exercise all powers over the probationer or releasee," including terminating the term of supervised

release pursuant to 18 U.S.C. § 3583(e)(1).  See 18 U.S.C. § 3605.  As such, the Defendant's motion should be directed to the United States District Court for the District of South Carolina.

Accordingly, **IT IS, THEREFORE, ORDERED** that the Defendant's Motion to Modify Term of Supervised Release [Doc. 29] is **DENIED WITHOUT PREJUDICE** to renewing such motion before the United States District Court for the District of South Carolina.

**IT IS SO ORDERED.**

Signed: January 24, 2020

Martin Reidinger
United States District Judge